[No. 31828-4-I.    Division One.    March 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CONNIE GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 92-8-05008-3, Richard L. Pitt, J., entered Novem-

ber 2, 1992. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Becker, JJ.